Exhibit "A"

## AGREEMENT

This AGREEMENT is made as of January 1, 2005 by and between:

| | |
|---|---|
| **"LICENSOR":** | **"LICENSEE":** |
| **LADIES PROFESSIONAL GOLF ASSOCIATION** | **SEOUL BROADCASTING SYSTEM, INC.** |
| 100 International Golf Drive | 3530 Wilshire Blvd., Suite 1000 |
| Daytona Beach | Los Angeles |
| Florida 32124 | California 90010 |
| USA | USA |

## BASIC PROVISIONS

**A.    PROGRAMS/EVENTS:**

The "Programs" shall consist of coverage of Official Ladies Professional Golf Association ("LPGA") Tour Events (the "Events", as hereinafter defined) during the Licensed Period. "Events" shall mean select Official LPGA Tour events (subject to change pending scheduling and sponsorship from year to year), to be detailed in an annual schedule to be delivered by Licensor to Licensee by February 1st of that schedule year, in the format as provided in the attached 2005 Schedule (Appendix A) to be approved by Licensee, with such approval not to be unreasonably withheld. The number of Events shall be substantially similar during each year of the Term. Any Official LPGA Tour events with respect to which broadcast rights are under the sole control of Licensor will become "Events" hereunder. As to LPGA Tour events with respect to which Licensor holds joint broadcast rights, as well as Events with respect to which Licensor's contract with the event organizer is in the process of being renewed, Licensor shall use commercially reasonable efforts to include or continue to include them as "Events" hereunder, or if that cannot be accomplished, to grant Licensee a right of first negotiation to acquire Korean broadcast rights thereto, with such notice of grant to be provided in writing.

**B.    RIGHTS AND DEFINITIONS:** The following rights and terms shall be defined as set forth below for the purposes of this Agreement:

**Designated Rights:**        Exclusive Standard and Non-Standard Television (both as hereinafter defined) in all languages within the Licensed Territory.

LPGA - SBS
License Agreement
Page 2

    (a)    Licensor reserves all rights not specifically granted herein. For the avoidance of doubt, the Designated Rights granted to Licensee in this Agreement shall not include, by way of example only, in-flight exhibition rights, ship-at-sea transmission rights, and Ancillary Rights (as hereinafter defined). In the event that Licensor desires to exploit any Ancillary Rights within the Licensed Territory during the Licensed Period Licensee shall have a right of first negotiation to acquire the same. If Licensee declines to acquire the Ancillary Rights pursuant to such first negotiation, then Licensor may license the Ancillary Rights to a third party with the approval of Licensee, which approval may only be withheld if the third party is a direct competitor of Licensee, and Licensor will split Net Revenues (as hereinafter defined) from such exploitation on a fifty-fifty basis with Licensee; provided, however, that if the amount the third party offers to pay for such Ancillary Rights is less than the amount which Licensor proposed to Licensee and Licensee declined to pay pursuant to its right of first negotiation, then Licensee shall have a right of first refusal to match the third party's offer for the Ancillary Rights. "Net Revenues" shall mean the difference between gross revenues less (i) any sales commissions paid for the sale of the Ancillary Rights to third parties (not including Licensor or any affiliated person or entity) which have been agreed to after arms-length negotiations and (ii) any necessary technical, production and other costs directly associated with the sale of the Ancillary Rights. Upon provision by Licensee of a list of specific countries and channels outside of the Licensed Territory in which Licensee would like to obtain Korean language rights to the Programs, Licensor will make commercially reasonable efforts to acquire those rights in such countries/channels and to grant them to Licensee at no additional charge to Licensee.

    (b)    "Standard Television" means exhibition on television by means of conventional free UHF or VHF television broadcast station, the video and audio portions of which are intelligibly receivable, without charge, by means of standard home roof-top or television set built-in antennas. As used herein "Standard Television" does not include any Ancillary Rights, Non-Standard Television, in-flight exhibition or ship-at-sea transmission.

    (c)    "Non-Standard Television" means any and all forms of direct-to-home television exhibition, other than exhibitions by means of Standard Television, Ancillary Rights, in-flight exhibition or ship-at-sea transmission. Non-Standard Television shall include the television exhibition of visual images which is distributed by means of cable, wire or fiber of any material, "over-the-air-pay" or STV in any frequency band, any and all forms of regular or occasional scrambled broadcast for taping, community antenna television systems, master antenna television systems, satellite master antenna television systems, low power television, multipoint and

C:\Documents and Settings\Owner\Desktop\SHS INTERNET
SPORTS\LPGA_SBS_License_Agreement_2005-2009_final.doc
LD/SVD

LPGA / SBS
License Agreement
Page 3

        multichannel distribution service systems, all forms of satellite, pay-per view services, and digital wireless television, all now known or hereafter devised.

(d) "Ancillary Rights" means closed circuit, home video (videocassette or videodisc), laser disc, optical disc, DVD format, CD interactive, CD Rom, internet or on-line services, website rights, Wireless Application Protocol (WAP), Third Generation Mobile (3G), Short Messaging Services (SMS), UMTS, ADSL, any other mobile communicating device, any form of video-on-demand or any form of interactive television (such as two-way television) and all multimedia and interactive rights, now known or hereafter devised.

(e) Licensee has the right to sublicense the Programs as set forth above to other Standard and Non-Standard Television networks within the Licensed Territory, so long as Licensee informs Licensor of such sublicense thirty (30) days prior to the initial exhibition of the Program, unless such sublicense is entered into less than thirty (30) days prior to the date of the Event, in which event Licensee will inform Licensor at the earliest commercially reasonable date. All sublicense agreements entered into by Licensee are subject to the terms and conditions of this Agreement. Sublicensee is responsible for any additional technical costs associated with the airing of the Events.

**Licensed Period:**     January 1, 2005 – December 31, 2009

**Licensed Territory:**     Korea

C. **Grant:**

(1) The Licensor hereby grants to Licensee the Designated Rights to coverage of the Events as set forth herein and to the Programs for live and/or delayed transmission as applicable, and as Licensee desires, during the Licensed Period throughout the Licensed Territory in accordance with the Basic Provisions and the attached Standard Terms and Conditions and in consideration of the payment of the License Fee.

(2) The aforementioned Designated Rights are granted to Licensee in the Licensed Territory on an exclusive basis from the commencement of that Event through the termination of Licensed Period. Licensor may exploit Ancillary Rights within the Licensed Territory during the Licensed Period, provided that such exploitation shall be subject to the provisions of Section B(a) above and Licensor shall split equally all Net Revenues which are received from the exploitation of the Ancillary Rights in the Licensed Territory during the Licensed Period in accordance with Section (B)(a).

LPGA - SBS
License Agreement
Page 4

**D.** **LICENSE FEE:** In consideration of Licensor's grant of rights herein, Licensee shall pay a total of Two Million Two Hundred Fifty Thousand United States Dollars (US$2,250,000) per year of this Agreement, payable in bi-annual installments of One Million One Hundred and Twenty Five Thousand Dollars (US$1,125,000), due by January 15th and July 15th of each year.

**E.** **TECHNICAL COSTS:** Licensor shall provide Licensee with access to the host broadcaster's telecast signal/feed, in the format delivered by the host broadcaster (High Definition and any other formats shall be provided to Licensee at no additional charge if the host broadcaster provides it to Licensor at no additional charge), free of access charge to Licensee, but Licensee is responsible for any additional technical and/or transmission costs or expenses incurred in uplinking and delivering such telecast signal/feed. Such signal's visual content will be fully cleared for Licensee's intended use as provided hereunder in the Licensed Territory, except for any commentary.

Licensee shall have the right to provide and use unilateral cameras at the Events, subject to coordination with the host broadcaster and in compliance with the LPGA media regulations, as the same may be issued on an annual basis (the "LPGA Media Regulations"), and the 2005 version of which is attached hereto and made a part hereof as "Appendix B".

**F.** **ADDITIONAL PROVISIONS:**

   (1) **Number of event transmissions allowed:** Unlimited

   (2) **Payment Provisions:** Licensee agrees to make the payment required under this Agreement in accordance with the instructions set forth on the invoice issued to Licensee by Licensor's duly authorized agent TRANS WORLD INTERNATIONAL, INC.

**G.** **OTHER TERMS:**

   (1) In the event that Licensor terminates this Agreement due to Licensee's breach, Licensor shall use commercially reasonable efforts to mitigate any damages which may result from such breach.

   (2) Licensor shall obtain all name and likeness clearances from all LPGA players with respect to the Events.

This Agreement comprises the provisions set out above and the Standard Terms and Conditions attached hereto and only when signed by both parties shall this Agreement constitute a legally binding Agreement between the parties. In the event of any inconsistency between the provisions set out above and the Standard Terms and Conditions, the provisions set above shall take precedence.

LPGA – SBS
License Agreement
Page 5

| LADIES PROFESSIONAL GOLF ASSOCIATION | SEOUL BROADCASTING SYSTEM INTERNATIONAL, INC. |
|---|---|
| By: _____ | By: _____ |
| Name: Elizabeth A. Gallow | Name: _____ |
| Title: Event – Vice Presid.+ | Title: _____ |
| Date: 11/04/05 | Date: _____ |

LPGA / SBS
License Agreement
Page 6

## STANDARD TERMS AND CONDITIONS - LPGA

### 1. Payments

(a) All payment shall be made on or before the Due Date in the manner requested in the relevant invoice or set forth in the Basic Provisions.

(b) Timely payment is of the essence of this Agreement. In the event that the invoice is delivered as required and the payment is not made on or before the Due Date, Licensor shall provide Licensee with written notice of the non-payment, and interest will be charged at the rate of one and one-half percent (1.5%) per month or the maximum amount permitted by the applicable law if payment is not made within 30 days after the date of receipt of the written notice, and furthermore, if payment has not been made within 30 days after the date of receipt of the written notice, Licensor shall have the right, at its election, to terminate this Agreement in accordance with Paragraph 14. If any amounts are due by Licensor to Licensee under the terms of this Agreement and are not paid by the date due, then Licensee shall provide Licensor with written notice of the non-payment, and interest will be charged at the rate of one and one-half percent (1.5%) per month or the maximum amount permitted by the applicable law if payment is not made within 30 days after the date of receipt of the written notice, and furthermore, if payment has not been made within 30 days after the date of receipt of the written notice, Licensee shall have the right, at its election, to terminate this Agreement in accordance with Paragraph 14.

### 2. Delivery of the Program

The Program shall be delivered to Licensee on, at Licensee's election, a live or recorded basis as indicated in the Basic Provisions.

(a) In the event Licensee elects live delivery of the Program, Licensor shall deliver to Licensee at, or adjacent to, the site of the Event, or at such other point as may be specified in the Basic Provisions, an audio-video signal of the Program at Licensor's election with or without graphics, with or without commercials. The technical quality of those Events which are held in the United States shall adhere to first class or network standards as defined in the United States broadcast industry. For those Events which take place outside of the United States, Licensor shall notify in writing Licensee if Licensor has reason to believe that the technical quality will not adhere to first class or network acceptable quality under international broadcast standards. Licensor will exercise diligent efforts to assist Licensee in picking up the Program feed. Licensor shall provide at its expense the signal at the side of the production truck on-site at the Event, and it is specifically understood and agreed that all additional costs and expenses incurred in connection with delivery of the signal, including without limitation all satellite, facilities and related costs, shall be borne by Licensee. If a high definition feed is provided by the host broadcaster at no additional charge, then it shall be made available to Licensee at no additional charge. Licensee agrees to make all payments in connection with such delivery of the feed within fifteen (15) business days upon receipt of an itemised invoice therefore. Licensee shall have the right to provide and use unilateral cameras at the Events, subject to coordination with the host broadcaster and in compliance with the LPGA Media Regulations.

(b) In the event Licensee elects recorded or film delivery of the Program to Licensee, Licensor shall ship, by air, collect, a full colour videotape or film print as specified in the Basic Provisions which meets broadcast standards. All shipping expenses, customs and clearance

C:\Documents and Settings\Owner\Desktop\SBS DEPT\TWI
SPORTS\LPGA_SBS License Agreement 2005-2009 final.doc
LD SVH

LPGA - SBS
License Agreement
Page 7

charges and any technical costs as specified in the Basic Provisions (including, but not limited to, tape stock, recording, conversion, or film prints costs) shall be borne by Licensee. Licensee agrees to make all payments in connection with such delivery of the Program within fifteen (15) business days upon receipt of an itemised invoice therefor.

3.  Erasure of Program(s)

Licensee shall have the right to keep two (2) copies of the Programs for its own internal archival purposes. Licensee agrees to erase any other recordings obtained by it or made by it promptly after the use permitted hereunder has been completed and, promptly after such erasure, Licensee shall deliver to Licensor a certificate confirming such disposition of the Program.

4.  News and Other Access

Licensor will not grant the Designated Rights to the Programs in the Licensed Language within the Licensed Territory during the Licensed Period to any third party; provided, however, that, consistent with Licensor's other international broadcasting agreements, access to the Event may be granted by Licensor for use, not to exceed three minutes per bulletin, in regularly scheduled news or sports-news programs and provided further that, consistent with all Licensor's other international broadcasting agreements, Licensor may authorise the use of up to five minutes of each Program (which may be modified as Licensor may elect and with Licensor retaining any income generated therefrom) within the Licensed Territory on not less than a 72 hour delay from completion of the relevant day's play, for inclusion within any sports magazine, sports anthology or similar program. If Licensor agrees with any other international broadcaster that it will not grant access to any Event to any competitor of such broadcaster if such broadcaster makes Event footage available to the competitor, then Licensor shall make a similar agreement with Licensee. If Licensee believes that any third party is violating the LPGA Media Regulations in a manner that infringes upon the rights of Licensee, then Licensee may so notify Licensor, and Licensor will take appropriate action with respect to such third party, and if the third party's actions are such that Licensor is in breach of the agreements made by Licensor to Licensee under this Agreement, then Licensee may take appropriate action with respect to Licensor.

5.  Clearances

Licensee agrees to arrange and pay for all performing rights or equivalent clearances in the music, in each case only if such music is registered with performing rights societies, and to pay any applicable commentary residuals if Licensee chooses to use the voices of such commentators in its broadcast of the Programs. Licensor shall request from the applicable host broadcaster music cue sheets and other information necessary for Licensee to comply with its obligations under the preceding sentence. Licensor shall be responsible for obtaining the right to use trademarks of Licensor and the Events, as well as the name and likeness of the competing athletes, in each of the Programs.

6.  Force Majeure

If the staging or coverage of an entire Event or of a whole day of an Event consisting of more than one day, on which a Program is based should be prevented or cancelled due to a casualty or other act of God, strike or other labour dispute, fire, flood, epidemic, earthquake, explosion, war or armed conflict, blockade, embargo, restraints, sanctions, or orders of civil, civil defense, or military authorities; government action or decree, act of public enemy, riot or civil disturbance, or threat thereof or other inability to secure sufficient labour, technical or other personnel; failure or

LPGA / SBS
License Agreement
Page 8

delay of common carrier or impairment or lack of adequate transportation facilities; inability to obtain, or the condemnation, requisition or commandeering of, supplies, equipment or material; failure of technical, production or television equipment, or any other cause or causes beyond the reasonable control of Licensor ("force majeure"), then subject to the provisions of Paragraph 20 hereof neither Licensor nor Licensee shall be obligated in any manner to the other with respect to the Program relating to the Event or to that day of the Event so affected. However, if the Event is postponed or delayed for any force majeure reasons, and if Licensor is able to cause the Program to be delivered live or videotaped on a rescheduled date within a reasonable time after the original date, which must be during the Licensed Period then all terms and conditions of this Agreement shall apply to the Program on such rescheduled date. In the event of a force majeure occurrence, Licensor shall provide Licensee with notice of such occurrence and the postponement or delay when applicable, promptly after the Licensor has received notice of such force majeure. In the event that the agreements between Licensor and the host broadcasters of the Events are amended to include definitions of "force majeure" that are less expansive than the definition set forth above, then this Agreement shall be promptly amended to include a definition of "force majeure" that is similar to those in the agreements with the host broadcasters and Licensee shall be promptly notified of the contents of such change.

7. Licensor Credit

Licensee agrees that on each occasion that a Program is broadcast, there shall appear at the end of each such broadcast, a credit stating "Distributed by the LPGA" and the Licensor's logo. Should the recording or signal of the Program not contain such a credit, Licensee agrees to use good faith efforts to add the credit to the Program, provided that no casual or inadvertent failure to do so shall be deemed a breach of this Agreement. In addition Licensee agrees not to edit or otherwise delete any other credits contained in the recording or signal of the Program nor to edit or otherwise delete the copyright notice contained in the recording or signal of the Program. Licensee shall have the right to include its own logo and credit in each Program so long as such logo and credit do not materially mask any sponsor advertisements.

8. Licensor's Property

Licensee acknowledges that the rights licensed to it hereunder are limited to the material constituting the Program. Any and all rights not herein specifically granted to Licensee shall be and remain the property of Licensor, to be used by Licensor in any manner it deems appropriate. In particular, but without limitation, it is agreed and acknowledged by Licensee that (a) Licensee shall not retransmit or authorise the retransmission of the Programs outside the Licensed Territory, except for unintentional Overspill as described in Paragraph 10 below or pursuant to the last sentence of Section B(a) of the Basic Provisions, and (b) the Designated Rights do not include non-theatrical, in-flight, ship-at-sea or other forms of transport, Ancillary Rights or any other multimedia rights whether now known or hereafter invented, provided that Licensee shall have the rights set forth in Section B of the Basic Provisions with respect to the Ancillary Rights. Except as permitted in this Agreement, Licensee shall neither copy nor duplicate nor license nor authorise the copying or duplicating of the Program or any part thereof without Licensor's prior written consent. Unless specifically authorized in this Agreement, Licensee shall not have the right to use any Program excerpts or stills separately from the Program and the whole Program must be broadcast in its entirety for each licensed transmission and Licensee shall not be permitted to edit, amend, add to, or in any other way alter the Program for such transmission except for editing required to remove segments (with the approval of Licensor) for the purposes of censorship. In particular, but without limiting the generality of the foregoing, Licensee shall use the full name of the Event in all audio and visual references to the Event, and shall not use (a)

C:\Documents and Settings\Chener\Desktop\SBS INT'L TWI
SPORTS-LPGA SBS License Agreement 2005-2009 final .doc
LD SVD

LPGA / SBS
License Agreement
Page 9

any system of modification, removal or replacement of, or addition to, specific parts, such as signage or billboards, of the images/pictures contained within the Program, nor (b) carry out any similar manipulation of the images/pictures constituting the Program. Furthermore, Licensee may not sell broadcast title or presenting sponsorship or advertising or commercial units to a sponsor who is competitive with the Event's title sponsor, unless Licensee has first made a good faith offer to the Event's title sponsor to purchase such sponsorship and commercial elements, and the Event title sponsor has declined such offer. Notwithstanding anything herein to the contrary, Licensee shall have the right to use Program excerpts and stills separate from the Programs for news purposes, for the promotion of the Programs, or for inclusion in compilations including other Licensee programming (and Licensee shall provide copies of any such use, other than news or promotional use, to Licensor for its internal archives), but not for inclusion in any program consisting solely of Event footage or any weekly magazine-style program predominantly featuring Licensor.

9. Official Film

In the event Licensor produces or causes to be produced an Official Film of the Event on which any Program is based, the right to broadcast such Official Film is retained by Licensor, provided, however, that Licensor shall not authorise or permit a broadcast of such Official Film in the Licensed Territory earlier than 60 days after the conclusion of the Event.

If Licensor so chooses to make such Official Film available for broadcast in the Licensed Territory, Licensor agrees to negotiate exclusively with Licensee for a period of thirty (30) days following the conclusion of the Event for the broadcast of such Official Film in the Licensed Territory. In the event that the parties are unable to reach an agreement, Licensor may negotiate with other third parties in the Licensed Territory, however Licensee shall have a right to match the material terms of such third party agreement.

10. Overspill

Licensee acknowledges and agrees that Licensor reserves the right to authorise third parties to transmit the Programs for reception outside the Licensed Territory or for reception in those parts of the Licensed Territory where the Designated Rights are non-exclusive. Each party acknowledges that transmission of the Programs originating outside the Licensed Territory may be capable of reception within the Licensed Territory including those parts of the Licensed Territory where the Designated Rights granted hereunder are exclusive and that transmission of the Programs originating within the Licensed Territory may be capable of reception outside of the Licensed Territory due to the inherent capability of satellites to beam down signals which are not confined to territorial boundaries ("Overspill") and agree that the occurrence of such Overspill shall not constitute a breach of this Agreement provided it is of an unintentional nature. If Licensee notifies Licensor of any transmission of the Programs by any third party in the Licensed Territory which violates the terms of this Agreement, then Licensor shall investigate the circumstances and take appropriate action (including the sending of cease-and-desist letters) with respect to such third party.

11. Provision of Transmission Information

Upon request of Licensor, Licensee agrees to provide Licensor, within 30 days after Licensee's first telecast of any Event or Program thereof, a list of dates and times of the applicable transmissions and the territorial coverage of such transmissions, and, will use commercially

C:\Documents and Settings\Owner\Desktop\SBS INTL-TWI
SPORTS\LPGA_SBS_License_Agreement_2005_2009_final.doc
LD/SVD

LPGA / SBS
License Agreement
Page 10

reasonable efforts to provide the ratings for each transmission and the demographic profile of the audience.

12. **Licensor Ceasing to own or control the Designated Rights**

In the event that Licensor or a successor corporation ceases to own or control the Designated Rights, this Agreement shall automatically terminate as to Licensor upon such cessation without any liability to Licensor, but at Licensee's election this Agreement shall be binding upon Licensor's successor or assign. In the event of such termination, Licensee will remain liable to pay the License Fee pro rata in respect of Program(s) already transmitted. If Licensee has made advance payment(s) and the event of termination of this Agreement results in all or part of such advance payment(s) being refundable to Licensee then Licensor will make the appropriate refund within 30 days of the event of termination of this Agreement.

13. **Indemnity**

Licensee shall indemnify and hold Licensor and its affiliates, and each entities' directors, officers, employees and agents, harmless from and against any and all claims, damages, liabilities, costs and expenses (including reasonable outside attorney's fees) arising out of any breach by Licensee of any warranty, representation or agreement of Licensee hereunder or with respect to any materials added by Licensee to the Programs or used in the advertising and promotion thereof. Licensor shall indemnify and hold Licensee and its affiliates, and each entities' directors, officers, employees and agents, harmless from and against any and all claims, damages, liabilities, costs and expenses (including reasonable outside attorneys' fees) arising out of any breach by Licensor of any warranty, representation or agreement of Licensor hereunder.

14. **Termination**

This Agreement may be terminated immediately upon written notice by Licensor or Licensee (hereinafter known individually as a "Party", and collectively as the "Parties") without prejudice to its other rights and remedies hereunder upon the occurrence of any of the following events:

(i) The other Party committing any act of bankruptcy or entering into any arrangement or compromise with its creditors or taking advantage of any laws relating to bankruptcy or insolvency (involuntary or otherwise).

(ii) The other Party being in breach of any of the terms and conditions of this Agreement (including the Basic Provisions) or of any other agreement between Licensee and Licensor which is incapable of remedy or if capable of remedy is not remedied within 30 days of receipt of written notice from the aggrieved Party specifying the breach and the steps required to remedy the same.

In the event this Agreement is terminated under the provisions of this Paragraph, all rights granted to Licensee hereunder shall revert immediately to Licensor. If so terminated by Licensor, Licensor shall use commercially reasonable efforts to mitigate any damages, but any such termination shall not affect Licensor's rights to any payments then due. If so terminated by Licensee, Licensee shall be entitled to recover any portion of the License Fee already paid for Events occurring after the termination and shall not be required to make any further License Fee payments hereunder. Furthermore termination under this paragraph shall be without prejudice to any other remedy available to Licensor. Licensee acknowledges and agrees that the amount

LPGA SBS
License Agreement
Page 11

recoverable by it in connection with any dispute or controversy relating to this Agreement or the parties' relationship is limited to the amount of the License Fee actually paid to Licensor.

15. Notices

Any notices to be given or served hereunder shall be in writing and shall be delivered or sent by first class post (air mail if to an overseas address) or facsimile (confirmed by a copy sent by overnight mail) to the party to be served at the address set out in the Basic Provisions (or such other address as either party may notify in writing to the other party) and shall be deemed to have been served on the second business day after posting (five days in the case of posting overseas) and immediately in the case of facsimile.

If to Licensee, with a copy to:   Jodi Peikoff, Esq.
Jodi Peikoff Law Office P.C.
145 Avenue of the Americas, Suite 6A
New York, NY 10013
Fax: (212) 343-3043

16. Confidentiality

Neither party nor any of its employees shall divulge to any third party (except Trans World International, Inc.) any of the financial terms of this Agreement without the express permission of the other save as may be necessary in order to comply with any legal or regulatory requirements.

17. No Partnership/No Joint Venture

This Agreement is made between principals and nothing herein contained shall be deemed to constitute a partnership or joint venture between the parties hereto.

18. Waiver

A waiver by either party of any breach or default by the other party will not be construed as a continuing waiver of the same or any other breach or default under this Agreement and no waiver shall be effective unless made in writing.

19. Tapes on Loan

Where any tapes are loaned to Licensee hereunder by Licensor, Licensee shall use commercially reasonable efforts to insure such tapes against loss, damage or theft.

20. Withdrawal/Substitution of Program(s)

(a) Licensor may withdraw any Program(s) from this Agreement prior to delivery of such Program(s), if necessitated either by a force majeure reason under Paragraph 6 above or by any other circumstances unforeseen at the time of entering into the Agreement.

(b) If Licensor elects to withdraw any Program(s) pursuant to sub-clause (a) above, then Licensor shall deliver to Licensee another Licensor Program of comparable quality if any such Program is available to be provided to Licensee, which shall be deemed to replace the Program withdrawn.

LPGA / SBS
License Agreement
Page 12

(c) Notwithstanding the withdrawal/substitution of any Program(s) hereunder by the Licensor this Agreement shall remain in full force and effect as regards the remaining Program(s) and Licensor shall have no liability for such withdrawal except as set out in sub-clause (b) above.

21. **Binding Agreement**

This Agreement shall be binding upon and inure to the benefit of Licensor and the successors and assigns of Licensor.

22. **Governing Law**

This Agreement shall be governed by and construed in accordance with the laws of the State of Ohio, U.S.A. Any disputes between the parties arising out of this Agreement shall be subject to the non-exclusive jurisdiction of the Ohio courts.

23. **Complete Understanding**

This Agreement contains the full and complete understanding between the parties hereto, supersedes all prior agreements and understandings, whether written or oral, and may not be modified except by written instrument signed by the parties hereto.

LPGA – SBS
License Agreement
Page 13

## Appendix A

### LPGA 2005 Schedule

1. **Women's World Cup of Golf** (The Links, Fancourt Hotel and Country Club Estate, George, South Africa, February 11 – 13): Korean television rights will be made available to SBS in 2005. Since the event's media rights are held jointly by the LPGA and the Ladies European Tour (the LET), the LPGA cannot insure that Korean television rights will be made available to SBS in any subsequent years, but will use commercially reasonable efforts to make them available to SBS.

2. **SBS Open at Turtle Bay** (Turtle Bay Resort Golf Club, Palmer Course, Oahu, Hawaii, February 24 – 26): Korean television rights will be made available to SBS.

3. **MasterCard Classic *honoring Alejo Peralta*** (Bosque Real Country Club, Mexico City, Mexico, March 4 – 6): The Golf Channel will produce a one-hour highlight show to air in the United States on Thursday, March 10, which will be made available to SBS. (Televisa will also produce coverage for Mexico, but it will predominantly focus on Mexican players, sites and sponsors, and may not be suitable for re-transmission by SBS.)

4. **Safeway International Presented by Coca-Cola** (Superstition Mountain Golf and Country Club, Superstition Mountain, Arizona, March 17 – 20): Korean televisions rights will be made available to SBS.

5. **Kraft Nabisco Championship** (Mission Hills Country Club, Dinah Shore Tournament Course, Rancho Mirage, California, March 24 – 27): The tournament sponsor, not the LPGA, holds the media rights to this event, so the LPGA cannot insure that Korean television rights will be made available to SBS. However, the LPGA will use commercially reasonable efforts to make them available to SBS.

6. **LPGA Takefuji Classic** (The Las Vegas Country Club, Las Vegas, Nevada, April 14 – 16): Korean television rights will be made available to SBS.

7. **Corona Morelia Championship** (Tres Marias Residential Golf Club, Morelia, Mexico, April 21 – 24): No television production is available that is suitable for re-transmission by SBS.

8. **Franklin American Mortgage Championship benefiting the Monroe Carell, Jr., Children's Hospital at Vanderbilt** (Vanderbilt Legends Club, Iron Horse Course, Franklin, Tennessee, April 28 – May 1): Korean television rights will be made available to SBS.

C:\Documents and Settings\Owner\Desktop\SBS INTL TWI
SPORTS\LPGA_SBS License Agreement 2005-2009_final.doc
LD:SVD

LPGA - SBS
License Agreement
Page 14

9) **Michelob ULTRA Open at Kingsmill** (Kingsmill Resort & Spa, Williamsburg, Virginia, May 5 - 8): Korean television rights will be made available to SBS.

10) **Chick-fil-A Charity Championship hosted by Nancy Lopez** (Eagle's Landing Country Club, Stockbridge, Georgia, May 12 - 15): Korean television rights will be made available to SBS.

11. **Sybase Classic presented by Lincoln Mercury** (Wykagyl Country Club, New Rochelle, New York, May 19 - 22): Korean television rights will be made available to SBS.

12. **LPGA Corning Classic** (Corning Country Club, Corning, New York, May 26 - 29): Korean television rights will be made available to SBS.

13. **ShopRite LPGA Classic** (Seaview Marriott Resort & Spa, Bay Course, Galloway Township, New Jersey, June 3 - 5): Korean television rights will be made available to SBS.

14. **McDonald's LPGA Championship Presented by Coca-Cola** (Bulle Rock Golf Course, Havre de Grace, Maryland, June 9 - 12): Korean television rights will be made available to SBS.

15. **Wegmans Rochester LPGA** (Locust Hill Country Club, Pittsford, New York, June 16 - 19): Korean television rights will be made available to SBS.

16. **U.S. Women's Open Championship** (Cherry Hills Country Club, Cherry Hills Village, Colorado, June 23 - 26): The tournament sponsor, not the LPGA, holds the media rights to this event, so the LPGA cannot make Korean television rights available to SBS.

17. **HSBC Women's World Match Play Championship** (June 30 - July 3): The tournament sponsor, not the LPGA, will hold the media rights to this event, so the LPGA cannot make Korean television rights available to SBS.

18. **Jamie Farr Owens Corning Classic Presented by Kroger** (Highland Meadows Golf Club, Sylvania, Ohio, July 7 - 10): Korean television rights will be made available to SBS.

19. **BMO Financial Group Canadian Women's Open** (Glen Arbour Golf Course, Hammond Plains, Nova Scotia, Canada, July 14 - 17): Korean television rights will be made available to SBS.

20. **Evian Masters** (Evian Masters Golf Club, Evian-les-Bains, France, July 20 - 23): The tournament sponsor, not the LPGA, holds the media rights to this event, so the LPGA cannot insure that Korean television rights will be made available to

LPGA - SBS
License Agreement
Page 15

SBS. However, the LPGA will use commercially reasonable efforts to cause Korean television rights to be made available to SBS.

21. **Weetabix Women's British Open** (Royal Birkdale Golf Club, Southport, Merseyside, England, July 28 – 31): The tournament sponsor, not the LPGA, holds the media rights to this event, so the LPGA cannot make Korean television rights available to SBS.

22. **Safeway Classic Presented by Pepsi** (Columbia Edgewater Country Club, Portland, Oregon, August 19 – 21): Korean television rights will be made available to SBS.

23. **Wendy's Championship for Children** (Tartan Fields Golf Club, Dublin, Ohio, August 25 – 28): Korean television rights will be made available to SBS.

24. **State Farm Classic** (The Rail Golf Club, Springfield, Illinois, September 1 – 4): Korean television rights will be made available to SBS.

25. **The Solheim Cup** (Crooked Stick Golf Club, Carmel, Indiana, September 9 – 11): This event is played in 2005, 2007 and 2009. The LPGA holds the media rights to the event in 2005 and 2009, and will make Korean television rights available to SBS in those years. The LET, not the LPGA, holds the media rights to this event in 2007, so the LPGA cannot make Korean television rights available to SBS in 2007.

26. **John Q. Hammons Hotel Classic** (Cedar Ridge Country Club, Broken Arrow, Oklahoma, September 16 – 18): Korean television rights will be made available to SBS.

27. **Office Depot Championship at Trump National Golf Club Los Angeles** (Trump National Golf Club Los Angeles, Rancho Palos Verdes, California, September 30 – October 2): Korean television rights will be made available to SBS.

28. **Longs Drugs Challenge** (The Ridge Golf Course, Auburn, California, October 6 – 9): Korean television rights will be made available to SBS.

29. **Samsung World Championship** (Bighorn Golf Club, Canyons Course, Palm Desert, California, October 13 – 16): The tournament sponsor, not the LPGA, holds the Korean television rights to this event, so the LPGA cannot make them available to SBS.

30. **Sports Today Classic** (location in South Korea to be determined, October 28 – 30): The tournament sponsor, not the LPGA, holds the Korean television rights to this event, so the LPGA cannot make them available to SBS.

LPGA / SBS
License Agreement
Page 16

31. **Mizuno Classic** (Seta Golf Course, Oteu-shi, Shiga, Japan, November 4 – 6): Korean television rights will be made available to SBS.

32. **The Mitchell Company LPGA Tournament of Champions** (Robert Trent Jones Golf Trail, Mobile, Alabama, November 10 – 13): Korean television rights will be made available to SBS.

33. **ADT Championship** (Trump International Golf Club, West Palm Beach, Florida, November 17 – 20): Korean television rights will be made available to SBS.

34. **Wendy's 3-Tour Challenge** (Southshore Golf Club at Lake Las Vegas, Henderson, Nevada, December 17 – 18): The PGA Tour, not the LPGA, holds the international television rights to this event, so the LPGA cannot make Korean television rights available to SBS.

LPGA / SBS
License Agreement
Page 17

## Appendix B

## LPGA Media Regulations

The following rules and regulations govern media coverage of LPGA events, as well as those co-sponsored and approved by the association. Some of the LPGA's media rules and regulations differ from other golf organizations. All media must review and agree to comply with these rules and regulations. At the discretion of the LPGA, failure to adhere to these rules and regulations may result in forfeiture of media credentials and being escorted from the premises. For this document, journalists and media are general terms for print, electronic, television, internet and photojournalists unless specified otherwise.

### Credentials
- Credentials are distributed on an availability basis to journalists of recognized news outlets who are on assignment to cover the event and the LPGA. Journalists must be representatives of recognized daily or weekly newspapers, news services, golf publications and outlets that regularly cover golf; recognized national/regional radio and television networks; local radio and television stations; and recognized golf Internet sites. In each case, this is determined by the LPGA Tour at its sole discretion.
- All freelance journalists must provide proof of assignment.
- Credential applications and approved credentials to cover individual LPGA tournaments are available through each individual tournament's public relations staff; an LPGA media credential may be issued on an availability basis through the LPGA Communications Department for those journalists who meet the criteria established by the LPGA, which include covering a set number of events annually and representing a recognized media outlet.
- Armbands for access inside the gallery ropes are distributed in the Media Center and only after journalists sign a form agreeing to the rules and regulations governing inside-the-ropes coverage. Not all media covering an LPGA event will be granted an armband.

### Access
### Media Center
- Only credentialed working media have access to the Media Center.
- The Media Center is a workplace for working media; it is not an area for non-journalists to congregate. This includes the workroom, interview room, information tables, dining area, etc.

### On the course
- Golf-cart use is prohibited at all times. The only exception is the event's official TV broadcast network.
- Media cannot walk or stand in playing areas. Media must follow the directions of marshals, volunteers and tournament officials.
- No live action coverage is allowed from on the course or during competition except for the TV network covering the event.
- An armband is necessary for any journalist to gain access inside the ropes. Once approved by the LPGA, and with an armband visibly displayed, journalists cannot be more than one arm's-length inside the gallery ropes at any time. This is designed to

LPGA / SBS
License Agreement
Page 18

protect the competitive environment of each player, as well as facilitate quality media coverage.
- Players are not to be approached during play. Media must not ask players questions or request interviews or photographs during play or practice sessions.
- Players should not be approached at the ninth or 18th holes until after they have checked, signed and returned their scorecards to the proper official and have left the scoring area.
- Media are not allowed in the scoring tent at any time. This includes national TV broadcast networks.
- All radio tape-recorded work must be done in the proximity of Media Center, clubhouse or designated area near the scoring tent and not within the playing area of the golf course.

**Practice areas**
- Media are allowed inside the practice range ropes, but must remain within one arm's length of the ropes and only approach players who are not practicing.
- Media cannot walk or stand in practice chipping or putting areas.

**Weather delays**
- When weather delay situations occur, if a player has not completed her round and the delay is extensive, the LPGA communications staff will approach players for interviews on behalf of the media. However, since the player is in the midst of competition, albeit suspended, the player may not be available for interviews until the completion of play. During weather delays, the LPGA and tournament public relations representatives will assist with the facilitation of interviews with LPGA officials and tournament staff.

**Interviews**
**Pre-tournament**
- Leading LPGA players will have scheduled press conferences prior to the start of the tournament. Pending interest, a press conference with the defending champion may also be scheduled.
- Interview requests for other players or officials should be given to the LPGA communications or tournament public relations staff on-site.

**Tournament days**
- Media should not approach players for interviews during the course of play or on the way to the first tee during competition.
- Interview requests should be handled through the on-site LPGA communications staff; interviews are conducted after the completion of play.
- Tournament leaders will be brought to the Media Center for a press briefing immediately after they leave the scoring area. This briefing has priority over one-on-one interviews.
- On occasion, TV interviews may be granted prior to the briefing in the Media Center. Held outside the scoring area, these will be pooled interviews with the exception of the TV network broadcasting the event.
- For interviews with non-tournament leaders, please consult the on-site LPGA communications staff. For a brief interview, the player may be approached after she departs the roped scoring area after the completion of play.

C:\Documents and Settings\Owner\Desktop\SBS INTL-TWI
SPORTS-LPGA_SBS License Agreement_2005_2009_final_.doc
LD/SVD

LPGA SBS
License Agreement
Page 19

- After the final round, the runner(s)-up will be brought to the Media Center first, followed by the winner. Occasionally, both the winner and runner(s)-up participate in the post-tournament ceremony; in that case, the above procedure will be followed as soon as possible after the conclusion of the ceremony.

### Photography
- Commercial and personal photography is prohibited except on designated photo days (i.e. practice and pro-am rounds).
- Freelance photographers must show proof of assignment to be credentialed.
- The minimum lens requirement for on-site coverage is 300mm.
- Any secondary non-editorial or commercial use of any picture, film or drawing of a golfer is prohibited without prior consent of the LPGA and the player.
- Photographers must follow the "one arm's-length" rule inside the gallery ropes. If approved to be inside the ropes, only the photographer will be provided an armband to be inside the ropes. Photo assistants must remain outside the ropes.
- Photographers must refrain from taking photos until after a player has made her swing or stroke. This applies to each player in the group.
- All pictures must be taken at an acceptable distance, as far from the players as possible and from angles that are not in the direct line of sight for the player and play.
- When working around the green, photographers must not position themselves directly in a player's putting line.
- Golf-cart use is prohibited at all times. The only exception is the TV broadcast network covering the event.

### LPGA Radio/Television/Internet Coverage Guidelines

The LPGA owns the rights to originate live, play-by-play coverage from the golf course, and in many cases, these rights have been awarded to a broadcast or cable network and/or an Internet provider. To the limitations previously outlined, non-rights-holding radio and television stations and networks and Internet providers are encouraged to cover LPGA events with the following limitations.

- For local, regional and national news coverage, coverage of LPGA tournaments footage shall not exceed three minutes in length in the daily aggregate and must be part of a regularly scheduled newscast. Only taped footage may be included in these reports. The outlet may not purport to show live, play-by-play coverage from the course.
- No taped action coverage may be used until after the conclusion of the current day's television broadcast.
- Credentialed TV outlets may broadcast live from tournament site, but cannot show live tournament action. Television and videotape filming may be done from outside the gallery ropes or, with proper credentials, inside the ropes from within one arm's-length of the ropes. If approved to be inside the ropes, only the camera operator will be provided an armband. The production crew and assistants must remain outside the ropes. The only exception is the TV network covering the event.
- The use of tripods is limited to inside the Media Center or in areas approved by the LPGA for stationary cameras.

C:\Documents and Settings\Owner\Desktop\SBS INTL\TWI
SPORTS\LPGA SBS License Agreement 2005-2009_final.doc
TDSVD