Exhibit "B"

**Carolyn F. Bivens**

LPGA

January 9, 2009

Mr. Sang Y. Chun
President
SBS International
3530 Wilshire Blvd
Los Angeles, CA 90010

Dear Sang:

Hopefully your holidays were restful and the New Year is off to a good start.

I want to thank you for coming to Daytona Beach in December and having dinner with us. I'm glad we got to toast the holidays with that special bottle of Opus you sent. Thank you.

Since the LPGA and SBS have been partners for so many years, I thought it would be useful to make a final request. As we both do business our owners and "shareholders" demand we deliver market value from our products. Fortunately we both represent premier companies and world-class products and have been able to agree on price and value for many years. In the case of the current offer SBS has made for the South Korean television rights of the LPGA for 2010 and beyond, there appears to be a large variation from the price value in the marketplace. In view of the longstanding relationship we would respectfully request whether SBS might want to consider a different offer.

While we discussed our relationship and partnership in December during your visit, I thought it might be worth one more note and possibly a conversation. Please let me know if there is an interest in re-evaluating the offer SBS has made for the LPGA.

Regardless of the business arrangement between our two organizations, I thank you for the support Chairman Yoon, President Hong and your work and dedication.

Best regards,

Carolyn F. Bivens